# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA MIDDLE DIVISION

| | |
|---|---|
| **NORMAN R. MCMASTER,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case. No. 4:14-cv-01279-RDP-TMP |
| | ) |
| **SCOTT HASSELL,** *et al.*, | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On January 5, 2015, the Magistrate Judge filed his Report and Recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed as moot. A copy of the Magistrate Judge's Report and Recommendation was mailed to Petitioner. To date, no objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the Report is due to be and herby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be

dismissed as moot. An order of final judgment will be entered contemporaneously herewith.

    **DONE** and **ORDERED** this February 2, 2015.

                                    _____
                                  **R. DAVID PROCTOR**
                                  UNITED STATES DISTRICT JUDGE